UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:   |   CASE NO: 10-36646
Elizabeth W Potter   |   (Chapter 13)

Debtor   |   JUDGE LAWRENCE S. WALTER

## AMENDED PLAN PRIOR TO CONFIRMATION AND NOTICE

The Debtor amends the unconfirmed plan at the meeting of creditors to provide as follows:

All future federal tax refunds (less the **greater** of the Debtor's annual exemption of $1075 for a single case debtor and $2150 for a joint case **or** the Child Tax Credit and Earned Income Tax Credit) for the years of:

    _____    Below median income debtors must provide their future federal tax returns and refunds for the years of 2011, 2012 and 2013;

    __X__    Above median income debtors must provide their future federal tax returns and refunds for the years of 2011, 2012, 2013, 2014, and 2015;

The refunds shall first be used to satisfy the secured and priority claims of the I.R.S and then as additional plan payments to increase the percentage to be paid to the general unsecured creditors.

Debtor shall submit their Internal Revenue Service tax returns to the Trustee by April 30th of each required year and refunds must be turned over to the Trustee prior to June 1 of each required year. Any Motions to Use Tax Proceeds shall be filed by June 1 of that year. Failure to follow these provisions may result in sanctions or dismissal of your case. See Paragraph 17 of your Chapter 13 Plan for additional information on your taxes.


/s/_Elizabeth W Potter_____         /s/_HAROLD JARNICKI_____
Elizabeth W Potter         HAROLD JARNICKI
Debtor         Attorney for Debtor

                                                                                  /s/_JEFFREY M. KELLNER_____
                                                                                  Jeffrey M. Kellner 0022205
                                                                                  CHAPTER 13 TRUSTEE
                                                                                  131 N LUDLOW ST   SUITE 900
                                                                                  DAYTON, OH  45402-1161
                                                                                  (937)222-7600   Fax (937)222-7383
                                                                                  chapter13@dayton13.com

A copy of this document will be served on OFFICE OF THE U S TRUSTEE, 170 NORTH HIGH ST, SUITE 200, COLUMBUS, OH  43215 by the Chapter 13 Trustee.

                            1036646_57_20101117_0645_999/T476_ml
                                                ###